**Slip Op. 09-141**
**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| WITEX U.S.A., INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>              Defendant. | Before: Pogue, Judge<br><br>Consol. Court No. 98-00360 |

**JUDGMENT**

On September 25, 2009, the Court of Appeals for the Federal Circuit issued its mandate following its decision in Witex, U.S.A., Inc. v. United States, 333 F. App'x 569 (Fed. Cir. 2009), which, in turn, followed its decision in the companion case Faus Group, Inc. v. United States, 581 F.3d 1369 (Fed. Cir. 2009).  In Witex and Faus, the Court of Appeals reversed this court's decision in Witex, U.S.A., Inc. v. United States, 28 CIT 1907, 353 F. Supp. 2d 1310 (2004) -- where this court sustained U.S. Customs and Border Protection's ("Customs") classification of Plaintiff's laminated flooring panels -- and directed that summary judgment be issued in favor of Plaintiff.  The Court of Appeals' decision and mandate settle questions of law that are outcome determinative for the case herein.

THEREFORE, in accordance with the Court of Appeals' decision and mandate, it is hereby

ORDERED, ADJUDGED, and DECREED that Customs' classification and liquidation of Plaintiff's subject merchandise under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 4411.19.40 (2001) is not correct; and it is further

ORDERED, ADJUDGED, and DECREED that the subject merchandise are properly dutiable under HTSUS subheading 4418.90.40, as claimed by Plaintiff; and it is further

ORDERED, ADJUDGED, and DECREED that judgment be, and hereby is, entered for Plaintiff, that the subject entries be re-liquidated accordingly at the applicable rates of duty, and that excess duty be refunded with interest thereon as provided by law.

 /s/ Donald C. Pogue  
Donald C. Pogue, Judge

Dated: December 15, 2009
       New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____        By: _____
                                         Deputy Clerk